# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JOHNNY WEBB, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE NO.** |
| v. | ) | |
| | ) | **3:13-CV-00062-TCB** |
| BEACON SECURITY | ) | |
| TECHNOLOGY, INC., | ) | |
| A GEORGIA PROFIT | ) | |
| CORPORATION | ) | |
| and ANDREW H. HARRIS, | ) | |
| INDIVIDUALLY, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## ORDER

On April 3, 2013, Plaintiff Johnny Webb ("Plaintiff"), filed a Complaint [1] in this Court seeking, *inter alia*, unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). On April 23, 2013, Defendants Beacon Security Technology, Inc. and Andrew H. Harris (collectively, "Defendants") answered Plaintiff's Complaint and asserted their own counterclaim [6]. The parties then engaged in a period of discovery.

On August 2, 2013, the parties filed their Joint Motion for Judicial Approval of Settlement Agreement [20], voluntarily seeking to settle and dismiss this case in

its entirety, including Plaintiff's claims and Defendants' counterclaim. The Court has reviewed the parties' Settlement Agreement and General Release [20-1] (the "Agreement") and concludes that the terms of that Agreement are fair, reasonable, and satisfactory. Consequently, the Court approves the Agreement.

For the reasons stated above, the Court **GRANTS** the Joint Motion for Judicial Approval of Settlement Agreement [20], **DISMISSES** this case **WITH PREJUDICE**, with each party to pay their own costs and fees incurred, and **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED**, this _5th_ day of August, 2013.

Timothy C. Batten, Sr.
United States District Judge